AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| Corey Moss<br>*also known as*<br>Corey Demarcus Moss<br>―――――――――――――――<br>*Petitioner*<br>v.<br>Warden Kershaw Correctional Institution<br>―――――――――――――――<br>*Respondent* | )<br>)<br>)<br>)<br>) |

Civil Action No.    2:10-cv-2300-CMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks are accepted. This case is dismissed with prejudice for failure to prosecute. The Petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2254. A certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   June 6, 2011

*CLERK OF COURT*

s/H. Hillman
―――――――――――――――
*Signature of Clerk or Deputy Clerk*